**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| BRIAN YOUNG § <br>  § <br> Plaintiff § <br>  § <br> v. § <br>  § <br> FEDERAL BUREAU OF PRISONS, § <br> ET AL. § <br>  § <br> Defendants § | Case No. 5:20-cv-00076 |

**ORDER**

The Plaintiff Brian Young, proceeding *pro se*, filed this lawsuit under 42 U.S.C. § 1983. The Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3).

On February 22, 2021, the Magistrate Judge issued a Report recommending dismissal of the lawsuit for failure to prosecute or obey an order of the Court. Docket No. 4. The Plaintiff received a copy of this Report on March 3, 2021 (Docket No. 5), but no objections have been received. Plaintiff is therefore barred from *de novo* review by the Court of those findings, conclusions and recommendations. Plaintiff is also barred from appellate review—except upon grounds of plain error—of the unobjected-to factual findings and legal conclusions accepted and adopted by the Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Docket No. 4. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). It is therefore

**ORDERED** that the Report of the Magistrate Judge (Docket No. 4) is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.  It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED.**

**So ORDERED and SIGNED this 3rd day of December, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE